FILED

09/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0071

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0071

_____

PATRICK O. NEISS,

     Petitioner and Appellant,

v.

STATE OF MONTANA,

     Respondent and Appellee.

O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to Patrick O. Neiss, all counsel of record, and to the Honorable Gregory R. Todd, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 8 2021